IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02564-MSK

JEFFREY SCOTT DURHAM,

            Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
ROBERT A. HOOD,
C. CHESTER,
J. ZUERCHER,
THOMAS G. WERLICH,
MARK C. COLLINS,
LES SMITH,
LISA BRAREN,
T. CARPENTER, and
"FNU" HUGHSTON,

            Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2005

GREGORY C. LANGHAM
                CLERK

---

## ORDER TO CURE DEFICIENCY

Krieger, Judge

Plaintiff submitted a Notice of Appeal on 6/22/05. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
        X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
        X    is not submitted
        ___  is missing affidavit
        ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

1

\_\_ is missing required financial information
\_\_ is missing an original signature by the prisoner
\_\_ is not on proper form (must use the court's current form)
\_\_ other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 28th day of June, 2005.

BY THE COURT:

_/s/ Marcia S. Krieger_
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO